1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SATHYA OUM, CSBN 255431
   Special Assistant United States Attorney
5         Social Security Administration
6         160 Spear St., Suite 800
          San Francisco, CA  94105
7         Telephone: (510) 970-4846
          Facsimile: (415) 744-0134
8         Email: sathya.oum@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LUE POWELL, JR, | ) No. 2:20-cv-02407-KJN |
| | ) |
| Plaintiff, | ) **STIPULATION TO VOLUNTARY** |
| | ) **REMAND PURSUANT TO** |
| v. | ) **SENTENCE FOUR OF 42 U.S.C.** |
| | ) **§ 405(g) AND TO ENTRY OF** |
| KILOLO KIJAKAZI[1], | ) **JUDGMENT; ORDER** |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence, reassess the residual functional capacity, and if required, offer the claimant the opportunity for a new hearing and take further action, as warranted, to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 20, 2021          LAW OFFICES OF LAWRENCE D. ROHLFING

By:   */s/ Lawrence D. Rohlfing*
      LAWRENCE D. ROHLFING
      * *By email authorization on August 18, 2021*
      Attorney for Plaintiff

Dated:  August 20, 2021         PHILLIP A. TALBERT
                                Acting United States Attorney


By:   */s/ Sathya Oum*
      Special Assistant United States Attorney
      Attorneys for Defendant


### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  August 23, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

powe.2407